| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) ECHOLS, ROBERT L. | 2. Court or Organization U.S.D.C., Middle Dist. of Tenn | 3. Date of Report 05/13/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 801 BROADWAY, SUITE 824 NASHVILLE, TN 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. DEAN'S CIRCLE | UNIV. OF TENNESSEE COLLEGE OF LAW |
| 2. CIVILIAN AIDE TO THE SECRETARY OF THE ARMY | UNITED STATES ARMY |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Echols, Robert L.

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L. | 05/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L. | 05/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BANK OF AMERICA | MORTGAGE/INVESTMENT PROP/NAPLES,FL (Part VII, Line 6) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COM. STOCK, BANK OF AMERICA | A | Dividend | J | T | | | | | |
| 2. COM. STOCK, REGIONS BANK | D | Dividend | N | T | | | | | |
| 3. COM. STOCK, WACHOVIA | A | Dividend | J | T | | | | | |
| 4. PARCEL 1, COMMERCIAL BUILDING, NASHVILLE, TN | F | Rent | M | S | | | | | |
| 5. 5 ACRES OF LAND, DECHERD, TN | | None | J | S | | | | | |
| 6. CONDOMINIUM, NAPLES FL | | None | N | S | | | | | |
| 7. ING USA Annuity & Life Ins- ANNUITY #1 | | None | K | T | | | | | |
| 8. ING USA Annuity & Life Ins- ANNUITY #2 | | None | K | T | | | | | |
| 9. ING USA Annuity & Life Ins- ANNUITY #3 | | None | L | T | | | | | |
| 10. ING USA Annuity & Life Ins. ANNUITY #4 | | None | K | T | | | | | |
| 11. IRA #2 -- UBS FINANCIAL | G | Int./Div. | P1 | T | | | | | |
| 12. - UBS FINANCIAL MONEY FUND | | | | | | | | | |
| 13. - CORRECTIONS CORP. OF AMERICA | | | | | | | | | |
| 14. - CITIGROUP, INC. | | | | | | | | | |
| 15. - NETAPP., INC. | | | | | | | | | |
| 16. - GENERAL ELECTRIC COMPANY | | | | | | | | | |
| 17. -AMERIPRISE FINANCIAL | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - COMMERCE UNION BANK | | | | | | | | | |
| 19. - FIRST AMERICAN FINANCIAL HOLDINGS | | | | | | | | | |
| 20. - AMERICAN FUNDS - BOND FUND OF AMERICA | | | | | | | | | |
| 21. - BLACKROCK PFD & CORP. INCOME STRATEGIES FUND | | | | | Sold | 03/18/09 | K | | |
| 22. - CALAMOS CONV. OPPOR. & INCOME FUND | | | | | Redeemed | 08/20/09 | K | | |
| 23. - PIMCO HIGH INCOME FUND | | | | | Redeemed | 03/20/09 | K | | |
| 24. - BANK OF AMERICA (bond) | | | | | | | | | |
| 25. - WACHOVIA BANK (CD) | | | | | | | | | |
| 26. - GE MONEY BANK (CD) | | | | | Redeemed | 11/06/09 | L | | |
| 27. IRA -- WACHOVIA | A | Dividend | K | T | | | | | |
| 28. - JOHN HANCOCK REGIONAL BANK FUND | | | | | | | | | |
| 29. COM. STOCK, CHARLES SCHWAB | A | Dividend | J | T | | | | | |
| 30. COM. STOCK, INTERNATIONAL PAPER | A | Dividend | J | T | | | | | |
| 31. SECURITIES - UBS FINANCIAL | | | | | | | | | |
| 32. - UBS FINANCIAL MONEY FUND | A | Interest | J | T | | | | | |
| 33. - COM. STOCK, HOME DEPOT | A | Dividend | J | T | | | | | |
| 34. - COM. STOCK, GENERAL ELECTRIC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - COM. STOCK, WALMART | A | Dividend | J | T | | | | | |
| 36. - COM. STOCK, MCDONALDS | A | Dividend | J | T | | | | | |
| 37. - AMERICAN FUNDS | A | Dividend | L | T | | | | | |
| 38. IRA - PFS INVESTMENTS | B | Dividend | L | T | | | | | |
| 39. - AIM CONSTELLATION FUND | | | | | | | | | |
| 40. - AIM CHARTER FUND | | | | | | | | | |
| 41. - AIM VALUE FUND | | | | | | | | | |
| 42. COM. STOCK, EASTMAN KODAK CO. | A | Dividend | J | T | | | | | |
| 43. COM. STOCK, EXXON CORPORATION | A | Dividend | K | T | | | | | |
| 44. COM. STOCK, DOW CHEMICAL | A | Dividend | K | T | | | | | |
| 45. REGIONS ACCOUNTS | C | Interest | J | T | | | | | |
| 46. PRIMERICA ACCOUNT | | None | J | T | | | | | |
| 47. BANK OF AMERICA ACCOUNT | A | Interest | K | T | | | | | |
| 48. GREEN BANK ACCOUNT | A | Interest | K | T | | | | | |
| 49. COM. STOCK, ESSEX TECHNOLOGY | | None | K | T | | | | | |
| 50. AVENUE BANK ACCOUNTS | D | Interest | M | T | | | | | |
| 51. RENTAL HOUSE, NASHVILLE, TN | D | Rent | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.    FIFTH THIRD BANK ACCOUNTS | B | Interest | M | T | | | | | |
| 53.    RENTAL HOUSE, SPRINGFIELD, TN (X) | D | Rent | O | W | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L. | 05/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section 7, Line 4:
This parcel was reassessed in January 2009, with an assessed value of $106,680. The assessed value is 40% of the appraised value, which is $266,700.

Section 7, Line 5:
This parcel has an assessed value of $13,850. The assessed value is 25% of the appraised value, which is $55,400.

Section 7, Line 6:
This parcel has an assessed value of $606,970. The assessed value is 100% of the appraised value. This filer has a 50% interest in the property.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544